FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 0 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00921-BNB

MICHAEL RATCHFORD,

    Plaintiff,

v.

JOHN SUTHERS, Attorney General,
GEORGE DUNBAR, Warden, and
PEOPLE FOR JEFFERSON COUNTY,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Michael Ratchford is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Buena Vista Correctional Complex-Main and Boot Camp in Buena Vista, Colorado. Mr. Ratchford initiated this action by filing a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.§ 1915. In an order entered on May 5, 2008, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Ratchford that the inmate trust fund account statement he submitted was not a certified copy. Mr. Ratchford was directed to file a second trust fund account statement that is certified by a prison official. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

Plaintiff now has failed to submit a certified copy of his trust fund account statement within the time allowed. As a result, the Complaint and action will be

dismissed because Plaintiff failed to cure the deficiency identified in the May 5, 2008, Order within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice because Plaintiff failed to cure the deficiency identified in the May 5, 2008, Order within the time allowed.

DATED at Denver, Colorado, this 12 day of June, 2008.

BY THE COURT:

/s/ Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-00921-BNB

Michael Ratchford
Reg. No. 115106
PO Box 2017
Buena Vista, CO 81211-8017

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on   6/13/08  

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                    Deputy Clerk